LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
PLAINS, NY 10604

**MEMO ENDORSED**

May 21, 2026

**Request GRANTED.**

The Court permits the defendant to travel with the advanced notification and approval of her U.S. Pretrial Services Officer, to visit Jamaica from June 19 through June 22, 2026, subject to the conditions imposed by the Pretrial Services Officer.

**Via ECF**

The Honorable Victoria Reznik
United States Magistrate Judge
U.S. Courthouse - Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
5/21/26

Re:     *United States v. Ashantia Maxwell*, 7:26-mj-00569-UA

Dear Judge Reznik:

The undersigned has been appointed to represent defendant Ashantia Maxwell in the above-captioned matter. Ms. Maxwell, through undersigned counsel, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Maxwell seeks an Order from the Court to permit her to travel to Jamaica from June 19, 2026 through June 22, 2026 to attend her relative's funeral services.

In order to facilitate the defendant's request, the defendant will do the following:

1. Ms. Maxwell will travel by airplane from New York to Jamaica on June 19, 2026.

2. Prior to traveling outside the Southern District of New York, Ms. Maxwell agrees to provide her assigned pretrial services officer with her travel itinerary (including details such as airline, flight number, departure, and arrival times), where she is staying in Jamaica, and with whom.

3. Upon returning to the Southern District of New York, Ms. Maxwell will notify her pretrial services officer that she has returned to the district.

4. Given the reason for the request to travel internationally and Ms. Maxwell's compliance while on pretrial release, United States Pretrial Services Officer Emily Rosado stated that her office has no objection to Ms. Maxwell's request as detailed above.

5. Assistance United States Attorney John Wynne indicated that the government does not object to the requested modification as long as pretrial services consents to the trip.

Letter Motion
*US v. Maxwell*, 26mj569
May 21, 2026
Page 2


      WHEREFORE, the defendant Ashantia Maxwell moves that the Court issue an Order permitting the defendant to travel with the advanced notification and approval of her U.S. Pretrial Services Officer, to visit Jamaica from June 19 through June 22, 2026, subject to the conditions imposed by the Pretrial Services Officer.

                                Respectfully Submitted,

                                THE DEFENDANT,
                                Ashantia Maxell

                                By: */s/ Bruce D. Koffsky*


BDK/dgb


cc: All Attorneys of Record via ECF
    U.S. Pretrial Services Officer Emily Rosado via email